THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOE E. LEE,<br><br>        Plaintiff,<br><br>    v.<br><br>MICHAEL J. ASTRUE,<br><br>        Defendant. | CASE NO. C11-1995-JCC<br><br>ORDER |

The Court, after careful consideration of the Plaintiff's Complaint, the parties' briefs, all papers and exhibits filed in support and opposition thereto, the Report and Recommendation of the Honorable James P. Donohue, United States Magistrate Judge, and the balance of the record, orders as follows:

    (1)    The Court ADOPTS the Report and Recommendation.

    (2)    The final decision of the Commissioner is REVERSED and this case is REMANDED to the Social Security Administration for further proceedings consistent with the Report and Recommendation.

    (3)    The Clerk of the Court is directed to send copies of this Order to the parties and to Judge Donohue.

//

//

ORDER
PAGE - 1

1 DATED this 23rd day of August 2012.

John C. Coughenour
UNITED STATES DISTRICT JUDGE

ORDER
PAGE - 2